# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL KEVIN GARDENHIRE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80649

FILED

MAR 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, it appears that no decision had been made on the petition when appellant filed the notice of appeal on February 19, 2020. Rather, on January 22, 2020, the district court appointed counsel for appellant and set an evidentiary hearing. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-10230

cc: Hon. Cristina D. Silva, District Judge
Michael Kevin Gardenhire
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Monique A. McNeill

SUPREME COURT
OF
NEVADA

(O) 1947A